IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 13, 2010 |
| Court Reporter: Kara Spitler | Time: 35 minutes |

---

**CASE NO. 08-cv-02587-PAB-KMT**

| Parties | Counsel |
|---|---|
| **PETER BRADLEY,** | Nora Kelly |
| | Holly Colburn |
| | Elwyn Schaefer |
| Plaintiff (s), | |
| vs. | |
| **DENVER HEALTH & HOSPITAL AUTHORITY,** | Brent Johnson |
| Defendant (s). | |

---

## **AMENDED TRIAL PREPARATION CONFERENCE**

---

**1:33 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 4-day jury trial commencing August 30, 2010.  Counsel advised that a criminal case is scheduled for trial commencing August 31, 2010 and it appears it will be going.  In the event it does go forward, this case will be bumped.

Page Two
08-cv-02587-PAB-KMT
August 13, 2010

Court and counsel discuss pending motions.

**ORDERED:** Court will issue an order addressing Defendant's Motion for Summary Judgment (Doc #39), filed 10/2/09 and Plaintiff's Motion to Strike Inadmissible Evidence (Doc #47), filed 11/10/09 next week.

**ORDERED:** Report and Recommendation of Magistrate Judge Kathleen M. Tafoya (Doc #80) is **ACCEPTED.** Objections to the Report and Recommendation by the plaintiff are **OVERRULED.**

**ORDERED:** Defendant's Motion to Strike Plaintiff's Claim for Compensatory Damages, or in the Alternative to Reopen Discovery With Respect to That Claim (Doc #61), filed 12/8/08 is **GRANTED.**

**ORDERED:** Plaintiff's Motion for Leave to File Counter Designations Three Days Out of Time (Doc #95), filed 8/5/10 is **GRANTED.**

**ORDERED:** Defendant's Motion to Strike Designation of Deposition Testimony (Doc #103), filed 8/11/10 is **DENIED.** Plaintiff's deposition designations in compliance with the Court's practice standards are due this afternoon.

Court and counsel discuss Judge Brimmer's Practice Standards, including jury selection of 9, voir dire by counsel limited to 15 minutes, opening statements limited to 30 minutes, exhibits and witnesses.

**ORDERED:** Witnesses shall be **SEQUESTERED.**

**ORDERED:** Counsel shall file a brief, limited to 5 pages, addresses their positions on the issue of equitable remedies and if those issues should be presented to the jury or should the Court determine those issues by **August 20, 2010.**

**2:08 p.m.    COURT IN RECESS**

**Total in court time:    35 minutes**

**Hearing concluded**