IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02587-PAB-KMT

PETER BRADLEY,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
d/b/a Denver Health Medical Center,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on plaintiff Peter Bradley's motion for discovery fees and costs [Docket No. 85] and his amended motion to admit deposition testimony of Pauline Brockman at trial [Docket No. 118].

**I. MOTION FOR COSTS**

    On March 23, 2010, Magistrate Judge Tafoya ordered that discovery in this case be reopened for the sole purpose of conducting two depositions. Docket No. 80 at 18. The magistrate judge also ordered defendant to pay plaintiff's reasonable costs in conducting those depositions. *Id.* at 19. On June 14, 2010, plaintiff submitted a motion for these costs, including a verified bill of costs and invoices outlining the expenses of conducting these depositions. Docket No. 85. Defendant did not object to these costs. Accordingly, the Court finds that plaintiff's bill of costs is reasonable and will award plaintiff $1,690.

## II.  MOTION TO ADMIT DEPOSITION TESTIMONY

On August 26, 2010, plaintiff filed an amended emergency motion to admit the deposition testimony of Pauline Brockman at trial in lieu of her live testimony [Docket No. 118].  At the time, trial in this matter was scheduled to begin August 30, 2010, but it has since been rescheduled to begin March 21, 2011.  Plaintiff sought admission of Pauline Brockman's deposition testimony under Fed. R. Civ. P. 32(a)(4)(C), as Ms. Brockman was diagnosed with advanced-stage cancer in August, 2010 and would therefore be unavailable for trial.  Plaintiff has not advised the Court of Ms. Brockman's condition since the rescheduling of the trial date.  Although Ms. Brockman may still be unable to attend the trial based on her diagnosis, this is not clear from plaintiff's prior motion or Ms. Brockman's affidavit.  See Docket No. 117-1.  Therefore, the Court will deny plaintiff's motion without prejudice to plaintiff renewing such motion depending on Ms. Brockman's current condition.

## III.  CONCLUSION

For the foregoing reasons, it is

**ORDERED** that plaintiff's Motion for Discovery Fees and Costs [Docket No. 85] is **GRANTED**.  Defendant shall pay plaintiff $1,690.00 in costs and fees.  It is further

**ORDERED** that plaintiff's Amended Emergency Motion to Admit Deposition Testimony of Pauline Brockman at Trial [Docket No. 118] is **DENIED** without prejudice.

DATED February 8, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge