IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02587-PAB-KMT

PETER BRADLEY,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
d/b/a Denver Health Medical Center

    Defendant.
_____

**ORDER REGARDING DEFENDANT'S OBJECTIONS TO
PLAINTIFF'S AMENDED COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

This matter comes before the court on defendant Denver Health and Hospital Authority's Objections to Plaintiff's Amended Counter-Designations of Deposition Testimony [Docket No. 105].

The Court rules as follows:

| Item # | Classick Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | Page 46, lines 1-7;<br>Page 46, line 16 to Page 47, line 15 | FRE 402, irrelevant;<br>FRE 403, waste of time;<br>FRE 611(a) needless consumption of time | Overruled |

| Item # | Schwab Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | Page 36, lines 9-11 | Dual or compound questions, first question vague and incomplete. | Sustained |
| 2. | Page 43, Line 4 | FRE 402, irrelevant; | |

|  | | | |
|---|---|---|---|
|  | to page 44, line 4 | FRE 403, waste of time; FRE 611(a) needless consumption of time | Overruled |
| 3. | Page 47, line 20 to page 48, line 12 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time | Page 47, line 20, to page 48, line 1: sustained on Rule 403 grounds. Page 48, lines 2-12: overruled |
| 4. | Page 48, lines 22-24 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time | Overruled |
| 5. | Page 50, lines 8-25, page 51, lines 1, 5 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time | Overruled |
| 6. | Page 51, line 23 to page 52, line 12 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time | Overruled |
| 7. | Page 57, lines 6-8 | Objections on record should be edited out, no objection to designated testimony. | Sustained |
| 8. | Page 59, lines 7-10 | Question relates to preceding testimony marked in pink, Defendant's reply designation.  If reply designation is admitted, objection to this testimony is withdrawn.  Otherwise this question is vague and misleading without prior testimony. | Overruled |
| 9. | Page 65, lines 13-15 | Objections on record should be edited out, no objection to designated testimony. | Sustained |
| 10. | Page 69, line 22, page 70, lines 1-23 | Lack of foundation as to job postings after Ms. Schwab left employment; assumes facts not in evidence by testimony by Plaintiff's counsel at p. 70, lines 1-2; at p. 70 line 20 question mischaracterizes statement of what is preferred as a "requirement." | Sustained |

DATED March 7, 2011.

                                           BY THE COURT:

                                         s/Philip A. Brimmer
                                         PHILIP A. BRIMMER
                                         United States District Judge