IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02587-PAB-KMT

PETER BRADLEY,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
d/b/a Denver Health Medical Center,

    Defendant.
_____

**ORDER REGARDING PLAINTIFF'S OBJECTIONS TO
DEFENDANT'S DESIGNATIONS OF DEPOSITION TESTIMONY**
_____

    This matter comes before the court on Plaintiff Peter Bradley's Objections to Defendant's Designations of Deposition Testimony [Docket Nos. 106, 107 and 108].

    The Court rules as follows:

**A.  Docket No. 106**

| Item # | Classick Testimony | Objection | Ruling |
| --- | --- | --- | --- |
| 1. | Page 8, lines 15-17 | Relevance | Sustained |
| 2. | Page 11, lines 6-8 | Relevance | Sustained |
| 3. | Page 12, lines 15-24 | Leading | Overruled |
| 4. | Page 13, lines 14-15, 18-20 | Leading, Foundation | Overruled |
| 5. | Page 13, lines 21-23 | Foundation, Personal Knowledge | Overruled |
| 6. | Page 14, lines 15-17 | Foundation, Personal Knowledge | Overruled |
| 7. | Page 14, lines 21-25 | Foundation, Personal Knowledge | Sustained |
| 8. | Page 15, lines 1-4 | Leading | Moot |
| 9. | Page 15, lines 13-15 | Foundation, Improper Opinion | Overruled |
| 10. | Page 15, line 23 through Page 16, line 8; Page 16, lines 14 - 16 | Foundation, Relevance, Improper Opinion Testimony | Overruled. Any opinions are admissible pursuant to Fed. R. Evid. 701 |
| 11 | Page 16, line 24 through Page 17, line 5 | Foundation, Relevance, Improper Opinion Testimony | Overruled. Any opinions are admissible pursuant to Fed. R. Evid. 701 |
| 12. | Page 23, lines 12-14, 17-20 | Relevance | Overruled |
| 13. | Page 26, lines 20–21; Page 26, line 25 through Page 27, line 1 | Hearsay | Overruled |
| 14. | Page 27, lines 10 -21 | Relevance | Overruled |
| 15. | Page 27, line 25 through Page 28, line 12; Page 29, lines 7-13 | Relevance, Foundation | Overruled |
| 16. | Page 30, lines 15-25 | Relevance, Hearsay | Overruled |
| 17. | Page 31, lines 4-7, 10-13 | Foundation, Hearsay | Overruled |
| 18. | Page 32, lines 18-23 | Foundation, Relevance | Overruled |
| 19. | Page 33, lines 5-9 | Foundation, Relevance | Overruled |
| 20. | Page 33, lines 18-21, 23-25 | Foundation, Relevance | Overruled |
| 21. | Page 35, lines 1-5, 9-12 | Foundation, Relevance | Overruled |
| 22. | Page 35, lines 13-14, 18-22 | Foundation, Relevance, Hearsay | Overruled |
| 23. | Page 36, lines 8-10 | Foundation, Relevance, | Overruled |

|     |                                                          |                                              |                                                                                                           |
|-----|----------------------------------------------------------|----------------------------------------------|-----------------------------------------------------------------------------------------------------------|
| 24. | Page 36, lines 23-25; page 37, lines 4-6                 | Foundation, Relevance, Hearsay, Leading      | Overruled                                                                                                 |
| 25. | Page 37, lines 9-13, 16-18                               | Foundation, Relevance, Leading               | Overruled                                                                                                 |
| 26. | Page 37, lines 19-23; page 38, lines 2-4                 | Relevance, Foundation, Hearsay               | Overruled                                                                                                 |
| 27. | Page 39, lines 6-10                                      | Relevance, Foundation                        | Overruled                                                                                                 |
| 28. | Page 39, line 24 through page 40 line 2                  | Relevance, Foundation                        | Overruled                                                                                                 |
| 29. | Page 40, lines 12-15                                     | Relevance, Foundation                        | Overruled                                                                                                 |
| 30. | Page 41, lines 2-7                                       | Relevance, Foundation                        | Overruled                                                                                                 |
| 31. | Page 41, lines 8-14, 17-21                               | Relevance                                    | Lines 8-18: moot. Lines 19-21: overruled.                                                                 |
| 32. | Page 42, lines 5-9, 13-14                                | Relevance, Leading                           | Overruled                                                                                                 |
| 33. | Page 42, lines 15-17, 21-22                              | Relevance, Foundation                        | Moot                                                                                                      |
| 34. | Page 42, line 23 through page 43, line 6                 | Foundation, Leading, Relevance               | Moot                                                                                                      |
| 35. | Page 43, lines 17-19                                     | Foundation, Leading, Relevance               | Overruled                                                                                                 |
| 36. | Page 43, line 20 through page 44, line 2; page 44, line 5 | Relevance, Leading                           | Page 43, lines 20-24: moot. Page 43, line 25 to page 44, lines 2 and 5: overruled.                        |

| Item # | Schwab Testimony                           | Objection              | Ruling    |
|--------|--------------------------------------------|------------------------|-----------|
| 1.     | Page 12, lines 16 through page 15, line 2  | Relevance              | Overruled |
| 2.     | Page 15, lines 21-24                       | Relevance, Foundation  | Overruled |
| 3.     | Page 24, line 22 through page 25, line 1   | Foundation, Hearsay    | Overruled |
| 4.     | Page 25, line 5                            | Hearsay                | Overruled |
| 5.     | Page 29, lines 1-3, 8-9                    | Relevance, Foundation  | Overruled |
| 6.     | Page 31, lines 22-25                       | Foundation             | Overruled |

| 7. | Page 33, line 1 through page 34, line 27 | Relevance | Page 33, lines 1-3: overruled. Page 33, lines 4-24: moot. Page 34, lines 1-6 and 13-25: overruled. Page 34, lines 8-11: moot. |
| 8. | Page 34, lines 18-25 | Relevance, Improper opinion testimony | Overruled |

### B. Docket No. 107

| Item # | Schwab Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | Page 52, line 25 through page 54, line 2 | Cumulative, Relevance | Overruled |
| 2 | Page 54, lines 13-25 | Cumulative, Relevance | Overruled |
| 3. | Page 59, lines 11-14 | Cumulative. If admitted, Plaintiff requests pursuant to Fed.R.Civ.P. 32(a)(6) that additional testimony be presented which "in fairness should be considered with the part introduced," specifically Page 59, line 15 through page 60, line 19, and page 60, line 21 through page 61, line 17. | Overruled. Plaintiff may play deposition from page 59, line 15, to page 61, line 17 (exclusive of objections) |

### C. Docket No. 108

| Item # | Schwab Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | Page 29, lines 15-22 | Relevance, Foundation | Overruled |

DATED March 7, 2011.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge