IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02587-PAB-KMT

PETER BRADLEY,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
d/b/a Denver Health Medical Center

    Defendant.
_____

**ORDER REGARDING DEFENDANT'S OBJECTIONS TO
PLAINTIFF'S DESIGNATIONS OF DEPOSITION TESTIMONY OF
PAULINE BROCKMAN**
_____

This matter comes before the court on defendant Denver Health and Hospital Authority's Objections to Plaintiff's Designations of Deposition Testimony of Pauline Brockman [Docket No. 145].

The Court rules as follows:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1. | Page 6, line 23 to page 8, line 2 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time | Sustained -- relevance. |
| 2. | Page 8, line 11 to page 10, line 8 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time | Page 9, lines 4-12: sustained -- relevance. Otherwise, overruled. |
| 3. | Page 11, line 13 to page 13, line 23 | FRE 402, irrelevant; FRE 403, waste of time; FRE 611(a) needless consumption of time FRE 802, hearsay, as to p. 13, lines 2-13 | Overruled. |

| | | | |
|---|---|---|---|
| 4. | Page 15, lines 15 to p. 17, line 2; p. 18, line 3 to p. 19, line 18 | FRE 602, lack of foundation that Ms. Brockman has any knowledge of job duties of a clinical social work supervisor (see, general objection #2 above), and speculative as to p. 19, lines 118; <br> FRE 701, improper opinion testimony, not helpful to determination of fact in issue given Ms. Brockman's lack of knowledge about clinical social work supervisor position; <br> FRE 402, irrelevant; <br> FRE 403, waste of time; <br> FRE 611(a) needless consumption of time | Page 15, line 15 to page 17, line 2: sustained -- relevance. <br><br> Page 18, lines 3 to 21: overruled. <br><br> Page 18, line 22 to page 19, line 18: sustained -- relevance, speculation. |
| 5. | Page 19, line 19 to page 20, lines 24 | FRE 402, irrelevant, there has been no criticism of Plaintiff for being rude to patients; <br> FRE 403, waste of time; <br> FRE 611(a) needless consumption of time | Overruled. |
| 6. | Page 20, line 25 to page 21, line 24 | FRE 402, irrelevant, relates to "recent" events to Ms. Brockman's deposition on July 14, 2009, irrelevant to promotion decisions in 2007; <br> FRE 403, waste of time; <br> FRE 611(a) needless consumption of time | Sustained -- relevance. |
| 7. | Page 25, line 14 to p.26, line 12 | FRE 602, lack of foundation that Ms. Brockman has any knowledge of job duties of a clinical social work supervisor (see, general objection #2 above), and speculative as to p. 19, lines 118; <br> FRE 701, improper opinion testimony, not helpful to determination of fact in issue given Ms. Brockman's lack of knowledge about clinical social work supervisor position; <br> FRE 402, irrelevant; <br> FRE 403, waste of time; <br> FRE 611(a) needless consumption of time | Sustained -- relevance, given witness' lack of familiarity with duties of clinical social work supervisor. |

DATED March 10, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge